E-filing

1 | SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
2 | FENWICK & WEST LLP
275 Battery Street, Suite 1500
3 | San Francisco, CA 94111
Telephone:  (415) 875-2300
4 | Facsimile:  (415) 281-1350

5 | EMMETT C. STANTON (CSB No. 83930)
estanton@fenwick.com
6 | TANYA HERRERA (CSB No. 177790)
therrera@fenwick.com
7 | FENWICK & WEST LLP
Silicon Valley Center
8 | 801 California Street
Mountain View, CA 94041
9 | Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200
10
Attorneys for Defendants INVISION
11 | TECHNOLOGIES, INC., SERGIO MAGISTRI
and ROSS MULHOLLAND

**FILED**

JUL 1 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| IN RE INVISION TECHNOLGIES, INC. SECURITIES LITIGATION | Case No. C-04-3181 (MJJ) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS AMENDED CONSOLIDATED COMPLAINT** <br><br> The Honorable Martin J. Jenkins |
|---|---|

This Stipulation is entered into by and among lead plaintiffs, the Glazer Funds ("Plaintiffs"), and defendants InVision Technologies, Inc. ("InVision"), Sergio Magistri and Ross Mulholland (collectively, "Defendants"), by and through their respective attorneys of record.

WHEREAS, Plaintiffs filed an Amended Consolidated Complaint on April 13, 2005;

WHEREAS, on April 25, 2005, the Court entered an Order Regarding Briefing Schedule for Motion to Dismiss Amended Consolidated Complaint (the "April Order");

1  WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' Amended Consolidated
2  Complaint on May 24, 2005, pursuant to the April Order;
3  WHEREAS, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss the
4  Amended Consolidated Complaint on June 28, 2005 pursuant to the April Order;
5  WHEREAS, Defendants' reply brief is due to be filed on or before July 12, 2005 pursuant
6  to the April Order;
7  WHEREAS, the hearing on Defendants' motion to dismiss is currently scheduled for
8  July 26, 2005 at 9:30 a.m.;
9  WHEREAS, Susan S. Muck, lead counsel for InVision, is scheduled for surgery on the
10 morning of July 12, 2005;
11 WHEREAS, Ms. Muck's surgery has only recently been scheduled, and has required
12 extensive pre-operative testing and other preparations;
13 WHEREAS, Ms. Muck's post-operative recovery will interfere with the July 26, 2005
14 hearing date;
15 WHEREAS, Ms. Muck has made a diligent effort to try to arrange for one of her
16 colleagues to supervise the filing of Defendants' reply brief and attend the July 26, 2005 hearing,
17 but given the time constraints, she was not able to make those arrangements;
18 IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rule
19 6-1 and 7-12, by and between the undersigned counsel for the parties that, in view of the
20 extraordinary circumstances imposed by Ms. Muck's surgical procedure:
21 (1) Defendants' reply in support of their motion to dismiss shall be filed on or before
22 July 26, 2005;
23 (2) The hearing on Defendants' motion to dismiss shall be on ~~August 23~~, September 20, 2005, ~~or~~
24 ~~such other date as the Court may find convenient.~~
25 IT IS FURTHER STIPULATED, pursuant to Northern District of California Local Rule
26 6-1 and 7-12, by and between the undersigned counsel for the parties, that the parties may enter
27 into and submit a further appropriate stipulation amending this filing.
28

STIPULATION AND ORDER RE BRIEFING
SCHEDULE FOR MOTION TO DISMISS ACC                   2
CASE NO. C-04-3181 (MJJ)

1  IT IS FURTHER STIPULATED that any counsel of record for a party in this action who
2  is not a member of the Bar of this District is hereby admitted to practice *pro hac vice* in this
3  district.

4  Dated: July 11, 2005            FENWICK & WEST LLP

5  
6                                  By:  /s/
                                        Tanya Herrera

7                                  Attorneys for Defendants
                                    INVISION TECHNOLOGIES, INC.; SERGIO
8                                   MAGISTRI and ROSS MULHOLLAND

9
10 Dated: July 11, 2005            ABRAHAM, FRUCHTER & TWERSKY, LLP

11                                 By:  /s/
                                        Jeffrey S. Abraham
12
                                    Lead Counsel for the Plaintiffs
13

14 Dated: July 11, 2005            GLANCY BINKOW & GOLDBERG, LLP

15
16                                 By:  /s/
                                        Lionel Z. Glancy

17                                 Liaison Counsel for the Plaintiffs

18       **PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

19 DATED: 7/13, 2005
20                                  _____
                                    The Honorable Martin J. Jenkins
21                                  United States District Judge

STIPULATION AND ORDER RE BRIEFING            3
SCHEDULE FOR MOTION TO DISMISS ACC
CASE NO. C-04-3181 (MJJ)