SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

EMMETT C. STANTON (CSB No. 83930)
estanton@fenwick.com
TANYA HERRERA (CSB No. 177790)
therrera@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants INVISION
TECHNOLOGIES, INC., SERGIO MAGISTRI
and ROSS MULHOLLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE INVISION TECHNOLGIES, INC. SECURITIES LITIGATION | Case No. C-04-3181 (MJJ) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE** <br><br> The Honorable Martin J. Jenkins |
|---|---|

    This Stipulation is entered into by and among lead plaintiffs, the Glazer Funds ("Plaintiffs"), and defendants InVision Technologies, Inc. ("InVision"), Sergio Magistri and Ross Mulholland (collectively, "Defendants"), by and through their respective attorneys of record.

    WHEREAS, a Case Management Conference was originally scheduled for April 19, 2005 at 2:00 p.m.;

    WHEREAS, the parties received noticed from the Court that the Case Management Conference would be rescheduled to June 14, 2005 at 2:00 p.m.;

///

---

STIPULATION & [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE      CASE NO. C-04-3181 (MJJ)

| | |
|---|---|
| 1 | WHEREAS, the Case Management Conference was subsequently rescheduled to |
| 2 | August 16, 2005 at 2:00 p.m.; |
| 3 | WHEREAS, the parties requested that the Case Management Conference be rescheduled |
| 4 | to a later date in view of Defendants' pending motion to dismiss, which is scheduled to be heard |
| 5 | on September 20, 2005; |
| 6 | WHEREAS, the Court rescheduled the Case Management Conference for October 4, 2005 |
| 7 | at 2:00 p.m.; |
| 8 | WHEREAS, plaintiffs' counsel cannot be present on October 4, 2005 at 2:00 p.m.; |
| 9 | IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rules |
| 10 | 6-1 and 7-12, by and between the undersigned counsel for the parties that the Case Management |
| 11 | Conference shall be rescheduled for October 18, 2005 at 2:00 p.m., or such other later date as the |
| 12 | Court may find convenient, with the parties to file a Joint Case Management Statement pursuant |
| 13 | to Civil Local Rule 16-9 ten days prior to the Case Management Conference. |
| 14 | IT IS FURTHER STIPULATED, pursuant to Northern District of California Local Rules |
| 15 | 6-1 and 7-12, by and between the undersigned counsel for the parties, that the parties may enter |
| 16 | into and submit a further appropriate stipulation amending this filing. |
| 17 | IT IS FURTHER STIPULATED that any counsel of record for a party in this action who is |
| 18 | not a member of the Bar of this District is hereby admitted to practice *pro hac vice* in this district. |

Dated: August 29, 2005                     FENWICK & WEST LLP

                                          By:  /S/ Tanya Herrera
                                                    Tanya Herrera

                                          Attorneys for Defendants
                                          INVISION TECHNOLOGIES, INC.; SERGIO
                                          MAGISTRI and ROSS MULHOLLAND

Dated: August 29, 2005                     ABRAHAM, FRUCHTER & TWERSKY, LLP

                                          By:  /S/ Jeffrey S. Abraham
                                                    Jeffrey S. Abraham

                                          Lead Counsel for the Plaintiffs

STIPULATION & [PROPOSED] ORDER RE CASE        - 2 -                CASE NO. C-04-3181 (MJJ)
MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: August 29, 2005, 2005 | GLANCY BINKOW & GOLDBERG, LLP |
| 2 | | |
| 3 | | By: /S/ Lionel Z. Glancy |
| | | Lionel Z. Glancy |
| 4 | | Liaison Counsel for the Plaintiffs |

5    **PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

6    DATED: 8/30 , 2005

7    _____
     The Honorable Martin J. Jenkins
8    United States District Judge

STIPULATION & [PROPOSED] ORDER RE CASE  - 3 -   CASE NO. C-04-3181 (MJJ)
MANAGEMENT CONFERENCE