Jeffrey S. Abraham, *pro hac vice*
Jabraham@aftlaw.com
Lawrence D. Levit
Llevit@aftlaw.com
David M. Weinberger
Dweinberger@aftlaw.com
ABRAHAM FRUCHTER & TWERSKY LLP
One Penn Plaza, Suite 2805
New York, N.Y. 10019
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

**Lead Plaintiffs' Counsel**

Lionel Z. Glancy (CSB No. 134180)
Jglancy@glancylaw.com
GLANCY, BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**Plaintiffs' Local Counsel**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE INVISION TECHNOLOGIES, INC. SECURITIES LITIGATION | CASE NO. C-04-3181 (MJJ) <br><br> **CLASS ACTION** <br><br> **Hon. Martin J. Jenkins** |
| This Document Relates To: <br><br> All Actions. | **STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON DEFENDANTS' MOTION TO DISMISS AMENDED CONSOLIDATED COMPLAINT AND SCHEDULING OF CASE MANAGEMENT CONFERENCE** |

1  This Stipulation is entered into by and among Lead Plaintiffs Glazer Capital
2
3  Management, LP and Glazer Offshore Fund, Ltd. (hereinafter referred to as "Plaintiffs" or the
4  "Glazer Funds") and defendants InVision Technologies, Inc. ("InVision"), Sergio Magistri and
5  Ross Mulholland (collectively, "Defendant"), by and through their respective attorneys of record.
6  WHEREAS, pursuant to the Court's April 25, 2005 Order Regarding Briefing Schedule
7  (the "April Order"), on or about May 24, 2005, Defendants filed a Motion to Dismiss Plaintiffs'
8
9  Amended Consolidated Complaint;
10  WHEREAS, Defendants' Motion to Dismiss was briefed by the parties, and pursuant to
11  the April Order, was scheduled for a hearing on July 26, 2005;
12  WHEREAS, Defendants' counsel informed Plaintiffs' counsel that they were unable to
13
14  attend a hearing on July 26, 2005, and the parties entered into a Stipulation, approved by the
15  Court, setting the hearing for September 20, 2005;
16  WHEREAS, the hearing on Defendants' Motion to Dismiss was adjourned by the Court
17  to November 15, 2005, and the Case Management Conference was adjourned to December 6,
18
19  2005 at 2:00 p.m.;
20  WHEREAS, Plaintiffs' counsel cannot be present on November 15, 2005 at 9:30 a.m.
21  because of a two-day mediation in Philadelphia, PA. that was scheduled for November 14-15;
22  IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rules
23
24  6-1 and 7-12, by and between the undersigned counsel for the parties, that:
25  (1)  The hearing on Defendants' Motion to Dismiss shall be held on ~~November~~ January 10, 2006
26  ~~29, 2005~~ at 9:30 a.m., or such other date as the Court may find convenient;
27  (2)  The Case Management Conference shall be rescheduled for ~~December 20,~~ February 14, 2006
28  ~~2005~~ at 2:00 p.m., or such other later date as the Court may find convenient, with the parties to

file a Joint Case Management Statement pursuant to Civil Local Rule 16-9 ten days prior to the Case Management Conference.

IT IS FURTHER STIPULATED, pursuant to Northern District of California Local Rule 6-1 and 7-12, by and between the undersigned counsel for the parties, that the parties may enter into and submit a further appropriate stipulation amending this filing.

Dated: October 28, 2005          FENWICK & WEST LLP

By:_____*S/Tanya Herrera*_____
         Tanya Herrera

Attorneys for Defendants InVision Technologies, Inc., Sergio Magistri and Ross Mulholland

Dated: October 28, 2005          ABRAHAM FRUCHTER & TWERSKY LLP

By: __*s/Jeffrey S. Abraham*_____
         Jeffrey S. Abraham

Lead Counsel for Plaintiffs

Dated: October 28, 2005          GLANCY BINKOW & GOLDBERG, LLP

By:___*s/Lionel Z. Glancy*_____
         Lionel Z. Glancy

Liaison Counsel for Plaintiffs

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED**

DATED: 11/3_____, 2005

_____
The Honorable Martin J. Jenkins
United States District Judge