SUSAN MUCK (CSB No. 126930)
smuck@fenwick.com
CATHERINE DUDEN KEVANE (CSB No. 215501)
JENNIFER C. BRETAN (CSB No. 233475)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, California 94111
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

EMMETT C. STANTON (CSB No. 83930)
estanton@fenwick.com
TANYA HERRERA (CSB No. 177790)
therrera@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Defendants INVISION
TECHNOLOGIES, INC., SERGIO MAGISTRI and
ROSS MULHOLLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE INVISION TECHNOLOGIES, INC. SECURITIES LITIGATION | Case No. C-04-3181 (MJJ)   GRANTED<br><br>**STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED CONSOLIDATED COMPLAINT**<br><br>The Honorable Martin J. Jenkins |

This Stipulation is entered into by and among lead plaintiffs, The Glazer Funds ("Plaintiffs") and defendants InVision Technologies, Inc. ("InVision"), Sergio Magistri and Ross Mulholland (collectively, "Defendants") by and through their respective attorneys of record, as follows:

WHEREAS, Plaintiffs filed a Second Amended Consolidated Complaint on February 22, 2006;

WHEREAS, the parties have customarily set a briefing schedule for motions in this

STIPULATION
CASE NO. C-04-3181 (MJJ)

matter, subject to the Court's availability;

WHEREAS this schedule will not alter the date of any event or any deadline already fixed by Court order;

IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rule 6-1(a), that:

(1) Defendants' motion to dismiss the Second Amended Consolidated Complaint shall be filed on or before March 27, 2006;

(2) Plaintiffs' opposition to Defendants' motion to dismiss shall be filed on or before May 1, 2006;

(3) Defendants' reply in support of their motion to dismiss shall be filed on or before May 22, 2006; and

(4) The hearing on Defendants' motion to dismiss shall be on June 6, 2006, or such other date as the Court may find convenient.

Dated: March 13, 2006                FENWICK & WEST LLP

                                     By:    s/Susan S. Muck
                                            Susan S. Muck

                                     Attorneys for Defendants
                                     INVISION TECHNOLOGIES, INC.; SERGIO
                                     MAGISTRI and ROSS MULHOLLAND

Dated: March 13, 2006                ABRAHAM, FRUCHTER & TWERSKY, LLP

                                     By:    s/Jeffrey S. Abraham
                                            Jeffrey S. Abraham

                                     Lead Counsel for the Plaintiffs

23570/00404/LIT/1246239.2

STIPULATION
CASE NO. C-04-3181 (MJJ)

2

1 | matter, subject to the Court's availability;

2 | WHEREAS this schedule will not alter the date of any event or any deadline already fixed
3 | by Court order;

4 | IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rule 6-
5 | 1(a), that:

6 | (1) Defendants' motion to dismiss the Second Amended Consolidated Complaint shall
7 | be filed on or before March 27, 2006;

8 | (2) Plaintiffs' opposition to Defendants' motion to dismiss shall be filed on or before
9 | May 1, 2006;

10 | (3) Defendants' reply in support of their motion to dismiss shall be filed on or before
11 | May 22, 2006; and

12 | (4) The hearing on Defendants' motion to dismiss shall be on June 6, 2006, or such
13 | other date as the Court may find convenient.

Dated: March ___, 2006        FENWICK & WEST LLP

                              By: _____s/Susan S. Muck_____
                                       Susan S. Muck

                              Attorneys for Defendants
                              INVISION TECHNOLOGIES, INC.; SERGIO
                              MAGISTRI and ROSS MULHOLLAND

Dated: March ___, 2006        ABRAHAM, FRUCHTER & TWERSKY, LLP

                              By: _____
                                       Jeffrey S. Abraham

                              Lead Counsel for the Plaintiffs

3/16/2006

IT IS SO ORDERED
Judge Martin J. Jenkins

STIPULATION
CASE NO. C-04-3181 (MJJ)