JEFFREY S. ABRAHAM, *Pro Hac Vice*
LAWRENCE D. LEVIT
ABRAHAM FRUCHTER & TWERSKY LLP
One Penn Plaza, Suite 2805
New York, N.Y. 10019
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
Jabraham@aftlaw.com
Llevit@aftlaw.com

**Lead Plaintiffs' Counsel**

LIONEL Z. GLANCY, #134180
GLANCY, BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lglancy@glancylaw.com

**Plaintiffs' Local Counsel**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE INVISION TECHNOLOGIES, INC. SECURITIES LITIGATION | Case No. 04-cv-03181-MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CONSOLIDATED COMPLAINT** |

This Stipulation is entered into by and among Lead Plaintiffs Glazer Capital Management, LP and Glazer Offshore Fund, Ltd. (hereinafter referred to as "Plaintiffs") and defendants InVision Technologies, Inc. ("InVision"), Sergio Magistri and Ross Mulholland (collectively, "Defendants"), by and through their respective attorneys of record.

WHEREAS, Plaintiffs filed a Second Amended Consolidated Complaint on February 22, 2006;

WHEREAS, the parties agreed on a briefing schedule for Defendants' Motion to Dismiss, which was approved by this Court on March 16, 2006;

1     WHEREAS, Defendants filed their Motion to Dismiss on March 27, 2006;

2     WHEREAS, because of the Passover holiday and scheduling conflicts that have arisen, Plaintiffs' counsel requested that Defendants' counsel agree to a revised briefing and hearing schedule, and an agreement was reached as to a revised schedule, subject to the Court's availability as to the hearing date;

    IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rules 6-1 and 7-12, by and between the undersigned counsel for the parties, that:

    (1) Plaintiffs' opposition to Defendants' motion to dismiss shall be filed on or before June 1, 2006;

    (2) Defendants' reply in support of their motion to dismiss shall be filed on or before June 19, 2006; and

    (3) The hearing on Defendants' motion to dismiss shall be on June 27, 2006 at 9:30 a.m., or such other date as the Court may find convenient.

    IT IS FURTHER STIPULATED, pursuant to Northern District of California Local Rule 6-1 and 7-12, by and between the undersigned counsel for the parties, that the parties may enter into and submit a further appropriate stipulation amending this filing.

Dated: April 26, 2006     FENWICK & WEST LLP

By: _s/Susan S. Muck_
    Susan S. Muck

Attorneys for Defendants InVision Technologies, Inc., Sergio Magistri and Ross Mulholland

Dated: April 26, 2006     ABRAHAM FRUCHTER & TWERSKY LLP

By: _s/Jeffrey S. Abraham_
    Jeffrey S. Abraham

Lead Counsel for Plaintiffs

Dated: April 26, 2006     GLANCY BINKOW & GOLDBERG, LLP

By: _s/Lionel Z. Glancy_
    Lionel Z. Glancy

Liaison Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE

## ORDER

Pursuant to the above stipulation, IT IS SO ORDERED.

DATED: April 26, 2006

_____
The Honorable Martin J. Jenkins
United States District Judge

# PROOF OF SERVICE BY ELECTRONIC POSTING
## PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45
### AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On April 26, 2006, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1. **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CONSOLIDATED COMPLAINT**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

Jeffrey S. Abraham
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119

Richard A. Maniskas
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Tamara Skvirsky
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

Marc A. Topaz
Schiffrin & Barroway. LLP
280 King of Prussia Road
Radnor, PA 19087

Executed on April 26, 2006, at Los Angeles, California.
I certify under penalty of perjury that the foregoing is true and correct.

_S/Kyaa D. Heller_
Kyaa D. Heller