1  SUSAN MUCK (CSB No. 126930)
   smuck@fenwick.com
2  JENNIFER C. BRETAN (CSB No. 233475)
   jbretan@fenwick.com
3  FENWICK & WEST LLP
   275 Battery Street, Suite 1500
4  San Francisco, California 94111
   Telephone:  (415) 875-2300
5  Facsimile:  (415) 281-1350

6  EMMETT C. STANTON (CSB No. 83930)
   estanton@fenwick.com
7  FENWICK & WEST LLP
   Silicon Valley Center
8  801 California Street
   Mountain View, CA 94041
9  Telephone:  (650) 988-8500
   Facsimile:  (650) 938-5200

10

11 Attorneys for Defendants INVISION
   TECHNOLOGIES, INC., SERGIO MAGISTRI and
12 ROSS MULHOLLAND

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16 IN RE INVISION TECHNOLOGIES,        Case No. C-04-3181 (MJJ)
   INC. SECURITIES LITIGATION
17                                      **STIPULATION AND [PROPOSED] ORDER
                                        REGARDING BRIEFING AND HEARING
18                                      SCHEDULE FOR DEFENDANTS' MOTION
                                        TO DISMISS SECOND AMENDED
19                                      CONSOLIDATED COMPLAINT**

20                                      The Honorable Martin J. Jenkins

21         This Stipulation is entered into by and among lead Plaintiffs, Glazer Capital Management,

22 LP and Glazer Offshore Fund, Ltd. ("Plaintiffs") and Defendants InVision Technologies, Inc.

23 ("InVision"), Sergio Magistri and Ross Mulholland (collectively, "Defendants"), by and through

24 their respective attorneys of record, as follows:

25         WHEREAS, Plaintiffs filed a Second Amended Consolidated Complaint on February 22,

26 2006;

27         WHEREAS, the parties previously agreed to briefing and hearing schedules for

28 Defendants' Motion to Dismiss in this matter, which were approved by this Court on March 16,

1    2006 and April 26, 2006, respectively;

2           WHEREAS unexpected client demands and a number of scheduling conflicts have arisen

3    on short notice including, among other things, responding to a threatened preliminary injunction

4    and court ordered expedited discovery on another matter and a direct time conflict resulting from

5    coverage for a departing colleague, Defendants' counsel requested that Plaintiffs' counsel agree

6    to a revised briefing and hearing schedule, and an agreement was reached as to a revised

7    schedule, subject to the Court's next available hearing date, which Defendants are informed by

8    the Courtroom Deputy is July 25, 2006;

9           IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rule

10   6-1(b), 6-2, and 7-12 that:

11          (1)     Defendants' reply in support of their motion to dismiss shall be filed on or before

12                  June 27, 2006; and

13          (4)     The hearing on Defendants' motion to dismiss shall be on July 25, 2006, at

14                  9:30am, or such other date and time as the Court may find convenient.

15   Dated:  June 15, 2006                    FENWICK & WEST LLP

16
                                             By:  _____s/Susan S. Muck_____
17                                                     Susan S. Muck

18                                           Attorneys for Defendants
                                             INVISION TECHNOLOGIES, INC.; SERGIO
19                                           MAGISTRI and ROSS MULHOLLAND

20
     Dated:  June 15, 2006                    ABRAHAM, FRUCHTER & TWERSKY, LLP
21

22                                           By:  _____s/Lawrence D. Levit_____
                                                     Lawrence D. Levit
23
                                             Lead Counsel for the Plaintiffs
24

25

26

27

28

1

## ORDER

2

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5    Dated: ___6/15/2006_____, 2006    _____
                                               The Honorable Martin J. Jenkins
6                                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    23570/00404/SF/5171780

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE        3
CASE NO. C-04-3181 (MJJ)